**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-MC-00160-MOC-DSC**

| | |
|---|---|
| *In re* **Application of**<br><br>**ELLIOTT ASSOCIATES L.P., ELLIOTT INTERNATIONAL L.P. AND THE LIVERPOOL LIMITED PARTNERSHIP,**<br><br>**Petitioners for an Order Pursuant to 28 U.S.C. § 1782 for Leave to Conduct Discovery for Use in a Foreign Proceeding.** | **ORDER** |

   **THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Suhana S. Han]" (document #19) filed November 4, 2021.  For the reasons set forth therein, the Motion will be granted.

   The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

   **SO ORDERED**.

Signed: November 5, 2021

_____

David S. Cayer
United States Magistrate Judge